

U.S. Department of Justice

United States Attorney
Southern District of New York

---

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 19, 2008

*Via Facsimile*

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007

RECEIVED IN CHAM.
NAOMI REICE B...
AUG 19 2008
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/08

Re: United States v. Steven and Michael Diaz,
08 Cr. 53 (NRB)

Dear Judge Buchwald:

The Government respectfully requests that Your Honor schedule the next conference in the above-referenced matter for September 18, 2008, at 4:30 p.m.

The Government also requests that the Court exclude time in the above-referenced matter until September 18, 2008, the date of the rescheduled conference. Such an exclusion is warranted because, among other reasons, it will allow the parties to discuss possible dispositions in this matter.

So Ordered
Naomi Reice Buchwald
USDJ
8/19/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Kenneth A. Polite
Assistant United States Attorney
(212) 637-2412

cc: Glenn A. Garber, Esq. (via facsimile)
Roland Thau, Esq. (via facsimile)